**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v.    NO. 4:09CR00265 WRW | |
| **GEORGE WYLIE THOMPSON,
CARY L. GAINES, and
SAMUEL G. BAGGETT** | **DEFENDANTS** |

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motions to suppress filed by defendants George Wylie Thompson, Cary L. Gaines, and Samuel G. Baggett are denied (Doc. Nos. 69, 81, and 118). All requested relief is denied.

IT IS SO ORDERED this 4th day of October, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE