IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                               4:09CR00265-01-WRW

GEORGE WYLIE THOMPSON

## ORDER

The United States' Motion to Dismiss Count 14 of the Corrected Superceding Indictment (Conspiracy to Commit Wire Fraud) Only as to George Wylie Thompson (Doc. No. 189) is GRANTED.

IT IS SO ORDERED this 21st day of December, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE