IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                    4:09CR00265-01 BRW

GEORGE W. THOMPSON

FINAL ORDER OF FORFEITURE

The Prosecution's Motion for Final Order of Forfeiture (Doc. No. 213) is GRANTED.

WHEREAS, on February 14, 2011, this Court entered a Preliminary Order of Forfeiture,

ordering defendant to forfeit his interest in the following:

$188,960.00 U.S.Currency

WHEREAS, the United States caused to be published on the forfeiture website, internet

address of www.forfeiture.gov for thirty consecutive days beginning on February 18, 2011,

notice of this forfeiture and of the intent of the United States to dispose of the property in

accordance with the law and as specified in the Preliminary Order and further notifying all third

parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the

validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property

described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject

to forfeiture pursuant to Title 18, U.S.C.§ 981(a)(1)© and Title 28, U.S.C.§ 2461.

1

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

$188,960.00 U.S.Currency

is hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 981(a)(1)(C) and Title 28, U.S.C.§ 2461.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED  that all right, title, and interest in all of the  property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 21st day of April, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE